**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number (if known) _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Bling Entertainment LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3069748** | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **46 Pleasant Street**<br>**Malden, MA 02148**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Middlesex**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Bling Entertainment LLC**
          Name                                          Case number (*if known*) _____

███    **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 28, 2017**
               MM / DD / YYYY

X  **/s/ Yuanlong Huang**                              **Yuanlong Huang**
   Signature of authorized representative of debtor    Printed name

Title    **Manager**

**18. Signature of attorney**

X  **/s/ David B. Madoff**                    Date   **March 28, 2017**
   Signature of attorney for debtor                  MM / DD / YYYY

   **David B. Madoff**
   Printed name

   **Madoff & Khoury LLP**
   Firm name

   **124 Washington Street, Suite 202**
   **Foxborough, MA 02035**
   Number, Street, City, State & ZIP Code

   Contact phone   **508-543-0040**    Email address   **alston@mandkllp.com**

   **552968**
   Bar number and State

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re   **Bling Entertainment LLC** _____   Case No. _____

Debtor(s)                               Chapter   **7** _____

## DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION OF PETITIONER

I [We] _____**Yuanlong Huang**_____, *hereby declare(s) under penalty of perjury* that all of the information contained in the Petition, Schedules, Lists and Statements (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  3/28/17

Signed: _____
                      **Yuanlong Huang**
                      (Affiant)


PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:  5/28/17

Signed: _____
                      **David B. Madoff 552968**
                      Attorney for Affiant

## CONSENT OF MEMBERS

The undersigned, being the Majority Shareholder and a Manager of Bling Entertainment LLC, a Massachusetts limited liability company (the "Company"), does hereby attest that, by a vote of 85 percent of its membership interests, the Company hereby approves, consents to and takes the following actions:

VOTED: That the Company seeks relief under Chapter 7 of the Bankruptcy Code, and that the Yuanlong Huang, a Manager of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote;

FURTHER
VOTED: That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from these votes;

FURTHER
VOTED: That this written consent be filed in the minute book of the Company.

Dated: 3/28/2017

_____

Xinyi Liu, Manager and Majority Shareholder

_____

Yuanlong Huang, Manager

| Fill in this information to identify the case: |
| --- |

Debtor name    **Bling Entertainment LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■   Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 28, 2017**      X **/s/ Yuanlong Huang**
                                        Signature of individual signing on behalf of debtor

                                        **Yuanlong Huang**
                                        Printed name

                                         **Manager**
                                         Position or relationship to debtor

Debtor name    **Bling Entertainment LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*.............................................................................    $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..........................................................................    $      **29,858.77**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................    $      **29,858.77**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      **1,939,526.34**

4.    Total liabilities ...............................................................................................
     Lines 2 + 3a + 3b    $      **1,939,526.34**

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Bank of America** | **Checking** | | **$100.00** |
| 3.2.   **Santander** | **Checking** | | **$100.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$200.00**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   **Security deposit** | **$27,600.00** |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                                    $27,600.00
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Furniture and equipment** | $0.00 | | $2,058.77 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                                    $2,058.77
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties**<br>Liquor license (possibly terminated) | **$0.00** | | **$0.00** |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
        **Leasehold improvements (Book Value is $964,415; no sale value)**                                        **$0.00**

78.     **Total of Part 11.**                                                                       **$0.00**
        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☒ No
        ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$200.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$27,600.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,058.77** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$29,858.77** | + 91b.  **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$29,858.77** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name    **Bling Entertainment LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

---

**2.1    Marlin Business Bank**
Creditor's Name

**2795 E. Cottonwood Parkway**
**Salt Lake City, UT 84121**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Security system**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | Unknown |
|---|---|

---

**2.2    TimePayment Corp.**
Creditor's Name

**16 New England Executive Park, Suite 200**
**Burlington, MA 01803**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**POS system**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Unknown | Unknown |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$0.00**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor name   **Bling Entertainment LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **50 Pleasant Realty, LLC**<br>**373 Highland Avenue, Suite 201**<br>**Somerville, MA 02144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Commercial lease__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,000.00** |
|---|---|---|---|
| | **B&D**<br>**1161 Broadway**<br>**Somerville, MA 02144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Various__ | **Basis for the claim:** __Credit card purchases__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Buckley Associates, Inc.**<br>**385 King Street**<br>**PO Box 1410**<br>**Hanover, MA 02339** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Captive-Aire Systems, Inc.**
**c/o Christoper S. Tolley, Esq.**
**Phillips & Angley**
**One Washington Mall, 7th Floor**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,046.34** |
|---|---|---|---|

**Choi + Shine Architect**
**358 Tappan Street**
**Brookline, MA 02445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fan Wan**
**#2172 Youshanmeidi C, #4 Yuyang Road**
**Shunyi, Beijing 101302**
**China**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Firecode Design**
**195 Dudley Street**
**Boston, MA 02119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,480.00** |
|---|---|---|---|

**Fountain Head**
**127 Cambridge Street**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Goodman Manufacturing**
**c/o Christoper S. Tolley, Esq.**
**Phillips & Angley**
**One Washington Mall, 7th Floor**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,000.00** |
|---|---|---|---|

**Howland**
**15 Suncrest Avenue**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Instant Signal and Alarms**
**303 Highland Avenue**
**Salem, MA 01970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**JD Design**
**2 Allen Street, Suite 4H**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jiangbo Chen**
**312 E. Camino Real Avenue**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|---|---|---|---|

**Jones Boys**
**4 Electronics Avenue, Unit 1**
**Danvers, MA 01923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**Keystone Elevator**
**PO Box 850460**
**Braintree, MA 02185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**Laredo & Smith**
**101 Federal Street**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,000.00 |
|---|---|---|---|

**Lundy Plumbing and Heating**
**5 Pinecrest Road**
**Hingham, MA 02043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Miller & McDermott**
**28 State Street, Suite 802**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? �■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**MT Law**
**430 Bedford Street, #200**
**Lexington, MA 02420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Murphy & King**
**1 Beacon Street, FL 21**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**National Construction Rental**
**PO Box 4503**
**Pacoima, CA 91333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00** |
|---|---|---|---|

**National Grid**
**PO Box 960**
**Northborough, MA 01532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**New England Restrooms, Inc.**
**PO Box 555**
**North Reading, MA 01864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131,000.00** |
|---|---|---|---|

**Phoenix Electrical**
**210 Andover Street, Suite 22**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Robinson Landscaping**
**86 Mount Vernon Avenue**
**Melrose, MA 02176**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Shaw**
**7 Innis Drive**
**P.O. Box 435**
**Billerica, MA 01821**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**TriMark United East**
**505 Collins Street**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Twelve 24**
**57 Westlake Road**
**Natick, MA 01760**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266,000.00** |
|---|---|---|---|

**WJS**
**po Box 241**
**Tewksbury, MA 01876**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Xinyi Liu**
**5 Patty Lee Lane**
**Dedham, MA 02026**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Xuan Xu**
**204 Dedham Street**
**Dover, MA 02030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Investor Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000,000.00 |
|---|---|---|---|

**Yiming Wang**
**250 Congress Prk Drive, Apt. 295**
**Delray Beach, FL 33445**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Investor claim__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Yuefu He**
**9 Milton Road**
**Billerica, MA 01821**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Zhaonan Wang**
**360 Revere Beach Blvd., #416**
**Revere, MA 02151**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ☑ No ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Ye Edward Huang, Esq.<br>Law Office of Ye Edward Huang<br>70 Manor Ave<br>Wellesley, MA 02482 | Line __3.32__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Robert P. Hilson, Esq.<br>175 Derby Street, Suite 12<br>Hingham, MA 02043 | Line __3.4__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Sean Carnathan, Esq.<br>O'Connor, Carnathan and Mack, LLC<br>1 Van de Graaf Drive, Suite 104<br>Burlington, MA 01803 | Line __3.33__<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,939,526.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,939,526.34 |

Debtor name   **Bling Entertainment LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease set to expire December 31, 2023** | |
| | State the term remaining | | **50 Pleasant Realty, LLC**<br>**373 Highland Avenue, Suite 201**<br>**Somerville, MA 02144** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Camera and security system lease** | |
| | State the term remaining | **2 years** | **Marlin Business Bank**<br>**2795 E. Cottonwood Parkway**<br>**Salt Lake City, UT 84121** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **POS system lease** | |
| | State the term remaining | **1 year** | **TimePayment Corp.**<br>**16 New England Executive Park, Suite 200**<br>**Burlington, MA 01803** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name     **Bling Entertainment LLC**

United States Bankruptcy Court for the:     DISTRICT OF MASSACHUSETTS

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Xinyi Liu** | **5 Patty Lee Lane**<br>**Dedham, MA 02026** | **50 Pleasant Realty, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |
| 2.2 | **Xuan Xu** | **204 Dedham Street**<br>**Dover, MA 02030** | **50 Pleasant Realty, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |
| 2.3 | **Yuanlong Huang** | **5 Patty Lee Lane**<br>**Dedham, MA 02026** | **Time Payment Corp.** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.3** |
| 2.4 | **Yuanlong Huang** | **5 Patty Lee Lane**<br>**Dedham, MA 02026** | **Marlin Business Bank** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.2** |

Debtor name   **Bling Entertainment LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1.   **See attached list** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Wang v. Liu, et al** **16-cv-12581-DJC** | **Lawsuit** | **United States District Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **B&D Building & Remodeling, Inc. v. Bling Entertainment** **1681-cv-01058** | **Lawsuit** | **Middlesex Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Buckley Associates, Inc. v. WJS Mechanical, et al** **1681-cv-01594** | **Civil** | **Middlesex Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Captive-Aire Systems, Inc. v. WJS Mechanical et al** **1650-cv-00179** | | **Malden District Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Goodman Manufacturing v. WJS Mechanical Corp.** **1581-cv-06414** | | **Middlesex Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. **Xuan Xu v. Xinyi Liu, et al**<br>**1582-cv-01567** | | **Norfolk Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Attorney Fees** | **3/2017** | **$4,665.00** |
| Email or website address<br>**alston@mandkllp.com** | | | |
| Who made the payment, if not debtor? | | | |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.  **Massachusetts Bankruptcy Court** | | | |
| | Filing fee | 3/2017 | $335.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

## 16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Liang Min, CPA**<br>**MT Law LLC**<br>**420 Bedford Street, Suite 270**<br>**Lexington, MA 02420** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

27. **Inventories**

   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☑  No
   ☐  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Yiming Wang | 250 Congress Prk Drive, Apt. 295<br>Delray Beach, FL 33445 | | 5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Fan Wan | #2172 Youshanmeidi C, #4 Yuyang Road<br>Shunyi, Beijing 101302<br>China | | 5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Xinyi Liu | 5 Patty Lee Lane<br>Dedham, MA 02026 | | 57% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Zhaonan Wang | 76 Summer Street<br>Boston, MA 02128 | | 28% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jiangbo Chen | 312 E. Camino Real Avenue<br>Arcadia, CA 91006 | | 5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Xuan Xu | 204 Dedham Street<br>Dover, MA 02030 | Disputed Interest | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑  No
   ☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☑  No
   ☐  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 28, 2017**

**/s/ Yuanlong Huang**                                            **Yuanlong Huang**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# Bling Entertainment LLC
## General Ledger
### As of March 20, 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Bank of America** | | | | | | |
| Transfer | 03/25/2016 | | | Funds Transfer | BOA Operating | 27.00 |
| Transfer | 05/06/2016 | | | Funds Transfer | BOA Operating | 30.00 |
| Transfer | 06/09/2016 | | | Funds Transfer | BOA Operating | 27.80 |
| Check | 06/21/2016 | FEE | Bank of America | Bank fees for... | Bank Service ... | -124.85 |
| **Total Bank of America** | | | | | | -40.05 |
| | | | | | | |
| **BOA Operating** | | | | | | |
| Check | 03/25/2016 | | | On-Time Payroll | Payroll Expen... | -15.00 |
| Transfer | 03/25/2016 | | | Funds Transfer | BOA Reserve ... | -17.00 |
| Transfer | 03/25/2016 | | | Funds Transfer | BOA Reserve ... | -17.00 |
| Transfer | 03/25/2016 | | | Funds Transfer | BOA Reserve ... | -12.00 |
| Transfer | 03/25/2016 | | | Funds Transfer | Bank of America | -27.00 |
| Check | 03/31/2016 | | | Service Charge | Bank Service ... | -29.95 |
| Check | 03/31/2016 | | | On-Time Payroll | Payroll Expen... | -23.00 |
| Check | 04/05/2016 | 127 | Bling Entertainment | Xfer to BOA ... | Santander Op... | 5,000.00 |
| Transfer | 04/05/2016 | | | Funds Transfer | BOA Reserve ... | -16.00 |
| Transfer | 04/05/2016 | | | Funds Transfer | BOA Reserve ... | -6.00 |
| Transfer | 04/05/2016 | | | Funds Transfer | BOA Reserve ... | -16.00 |
| Transfer | 04/08/2016 | | | Funds Transfer | BOA Credit C... | -4,500.00 |
| Check | 04/30/2016 | | | Service Charge | Bank Service ... | -29.95 |
| Transfer | 05/06/2016 | | | Funds Transfer | BOA Reserve ... | -12.00 |
| Transfer | 05/06/2016 | | | Funds Transfer | BOA Reserve ... | -12.00 |
| Transfer | 05/06/2016 | | | Funds Transfer | BOA Reserve ... | -16.00 |
| Transfer | 05/06/2016 | | | Funds Transfer | Bank of America | -30.00 |
| Deposit | 05/09/2016 | | | Deposit | Contributed C... | 500.00 |
| Transfer | 05/09/2016 | | | Funds Transfer | BOA Credit C... | -800.00 |
| Transfer | 05/09/2016 | | | Funds Transfer | BOA Credit C... | -50.00 |
| Check | 05/20/2016 | | | On-Time Payroll | Payroll Expen... | -15.00 |
| Check | 05/31/2016 | | | Service Charge | Bank Service ... | -29.95 |
| Check | 06/01/2016 | DEBIT | | | Bank Service ... | -29.95 |
| Check | 06/07/2016 | DEBIT | Insurelinx Inc | | Worker's Com... | -338.00 |
| Check | 06/07/2016 | BANK... | Bank of America | | Bank Service ... | -35.00 |
| Check | 06/08/2016 | 134 | Bling Entertainment | Xfer to BOA | Santander Op... | 1,160.00 |
| Transfer | 06/09/2016 | | | Funds Transfer | BOA Reserve ... | -15.00 |
| Transfer | 06/09/2016 | | | Funds Transfer | BOA Reserve ... | -15.00 |
| Transfer | 06/09/2016 | | | Funds Transfer | BOA Reserve ... | -16.00 |
| Transfer | 06/09/2016 | | | Funds Transfer | Bank of America | -27.80 |
| Transfer | 06/17/2016 | | | Funds Transfer | BOA Credit C... | -801.00 |
| Deposit | 06/17/2016 | | | Deposit | Contributed C... | 50.00 |
| Check | 06/17/2016 | | | On-Time Payroll | Payroll Expen... | -15.00 |
| Deposit | 07/07/2016 | | | Deposit | Contributed C... | 1,000.00 |
| Transfer | 07/12/2016 | | | Funds Transfer | BOA Credit C... | -950.00 |
| Check | 07/15/2016 | DEBIT | Intuit QuickBooks | | Computer and... | -23.00 |
| Check | 07/31/2016 | | | Service Charge | Bank Service ... | -29.95 |
| Transfer | 08/03/2016 | | | Funds Transfer | BOA Credit C... | -900.00 |
| Deposit | 08/03/2016 | | | Deposit | Contributed C... | 1,000.00 |
| Check | 08/31/2016 | | | Service Charge | Bank Service ... | -44.95 |
| Check | 09/15/2016 | 138 | Bling Entertainment | Xfer to BOA | Santander Op... | 900.00 |
| Transfer | 09/19/2016 | | | Funds Transfer | BOA Credit C... | -900.00 |
| Check | 09/30/2016 | | | Service Charge | Bank Service ... | -44.95 |
| Deposit | 10/12/2016 | | | Deposit | Insurance Exp... | 63.35 |
| Deposit | 10/19/2016 | | | Deposit | Contributed C... | 1,100.00 |
| Transfer | 10/21/2016 | | | Funds Transfer | BOA Credit C... | -1,120.00 |
| Check | 10/31/2016 | | | Service Charge | Bank Service ... | -52.95 |
| Deposit | 11/21/2016 | | | Deposit | Contributed C... | 1,000.00 |
| Transfer | 11/21/2016 | | | Funds Transfer | BOA Credit C... | -900.00 |
| Check | 11/25/2016 | 2086 | 50 Pleasant Realty | 2016 Rent P... | Rent Expense | -20,000.00 |
| Deposit | 11/25/2016 | | | Deposit | Contributed C... | 20,000.00 |
| Check | 11/30/2016 | | | Service Charge | Bank Service ... | -79.95 |
| Check | 12/31/2016 | | | Service Charge | Bank Service ... | -44.95 |
| Deposit | 01/06/2017 | | | Deposit | Contributed C... | 1,100.00 |
| Transfer | 01/06/2017 | | | Funds Transfer | BOA Credit C... | -1,040.00 |
| Check | 01/31/2017 | | | Service Charge | Bank Service ... | -52.95 |
| Check | 02/24/2017 | BANK... | Bank of America | Monthly | Bank Service ... | -29.95 |
| Check | 02/24/2017 | BANK... | Bank of America | NSF | Bank Service ... | -35.00 |
| Deposit | 02/28/2017 | | | Deposit | Contributed C... | 900.00 |
| Deposit | 02/28/2017 | | | Deposit | Contributed C... | 200.00 |

# Bling Entertainment LLC
## General Ledger
### As of March 20, 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Transfer | 02/28/2017 | | | Funds Transfer | BOA Credit C... | -900.00 |
| Deposit | 03/17/2017 | | | Deposit | Contributed C... | 2,000.00 |
| Transfer | 03/17/2017 | | | Funds Transfer | BOA Credit C... | -900.00 |
| Transfer | 03/17/2017 | | | Funds Transfer | BOA Credit C... | -700.00 |
| Check | 03/20/2017 | BANK... | Bank of America | | Bank Service ... | -29.95 |
| **Total BOA Operating** | | | | | | **228.20** |
| **BOA Reserve Account Chen** | | | | | | |
| Transfer | 03/25/2016 | | | Funds Transfer | BOA Operating | 17.00 |
| Transfer | 04/05/2016 | | | Funds Transfer | BOA Operating | 16.00 |
| Transfer | 05/06/2016 | | | Funds Transfer | BOA Operating | 12.00 |
| Transfer | 06/09/2016 | | | Funds Transfer | BOA Operating | 15.00 |
| Check | 06/17/2016 | FEE | Bank of America | Bank fees for... | Bank Service ... | -100.05 |
| **Total BOA Reserve Account Chen** | | | | | | **-40.05** |
| **BOA Reserve Account Jin** | | | | | | |
| Transfer | 03/25/2016 | | | Funds Transfer | BOA Operating | 17.00 |
| Transfer | 04/05/2016 | | | Funds Transfer | BOA Operating | 6.00 |
| Transfer | 05/06/2016 | | | Funds Transfer | BOA Operating | 12.00 |
| Transfer | 06/09/2016 | | | Funds Transfer | BOA Operating | 15.00 |
| Check | 06/17/2016 | FEE | Bank of America | Bank fees for... | Bank Service ... | -100.05 |
| **Total BOA Reserve Account Jin** | | | | | | **-50.05** |
| **BOA Reserve Account Wan** | | | | | | |
| **Total BOA Reserve Account Wan** | | | | | | |
| **BOA Reserve Account Wang** | | | | | | |
| Transfer | 03/25/2016 | | | Funds Transfer | BOA Operating | 12.00 |
| Transfer | 04/05/2016 | | | Funds Transfer | BOA Operating | 16.00 |
| Transfer | 05/06/2016 | | | Funds Transfer | BOA Operating | 16.00 |
| Transfer | 06/09/2016 | | | Funds Transfer | BOA Operating | 16.00 |
| Check | 06/17/2016 | FEE | Bank of America | Bank fees for... | Bank Service ... | -95.10 |
| **Total BOA Reserve Account Wang** | | | | | | **-35.10** |
| **Santander Operating** | | | | | | |
| Deposit | 03/21/2016 | | | Deposit | -SPLIT- | 15,000.00 |
| Check | 03/21/2016 | BANK... | Santander Bank | Bank Check ... | Bank Service ... | -70.00 |
| Check | 03/25/2016 | 124 | Ryan Kelly | Consulting | Consulting | -2,600.00 |
| Check | 03/29/2016 | 125 | Zhaonan Wang | Reimbursem... | Loan to Comp... | -10,000.00 |
| Deposit | 04/01/2016 | | | Deposit | -SPLIT- | 40,000.00 |
| Check | 04/02/2016 | 126 | 50 Pleasant Realty | 2015 Rent an... | Rent Expense | -22,581.81 |
| Check | 04/05/2016 | 127 | Bling Entertainment | Xfer to BOA ... | BOA Operating | -5,000.00 |
| Check | 04/05/2016 | 128 | Yuan Huang | Reimbursem... | Loan to Comp... | -5,000.00 |
| Check | 04/08/2016 | 129 | SFA Malden LLC | Rent Check f... | Rent Expense | -1,000.00 |
| Check | 04/08/2016 | 130 | Ryan Kelly | Consulting | Consulting | -2,600.00 |
| Check | 04/08/2016 | DEBIT | Marlin Leasing | | Equipment Re... | -3,236.35 |
| Check | 04/14/2016 | DEBIT | National Grid | Utilities | Utilities | -388.55 |
| Check | 04/22/2016 | 133 | Ryan Kelly | Consulting | Consulting | -2,600.00 |
| Check | 04/30/2016 | | | Service Charge | Bank Service ... | -46.50 |
| Check | 05/01/2016 | DEBIT | SFA Malden LLC | | Rent Expense | -1,000.00 |
| Check | 05/06/2016 | DEBIT | Marlin Leasing | | Equipment Re... | -3,281.71 |
| Deposit | 05/10/2016 | | | Deposit | Contributed C... | 10,000.00 |
| Check | 05/12/2016 | 123 | Murphy & King, PC | | Legal Fee | -5,000.00 |
| Check | 06/01/2016 | DEBIT | SFA Malden LLC | | Rent Expense | -1,000.00 |
| Check | 06/02/2016 | | Santander Bank | | Bank Service ... | -15.00 |
| Check | 06/03/2016 | BANK... | Santander Bank | | Bank Service ... | -35.00 |
| Check | 06/08/2016 | 134 | Bling Entertainment | Xfer to BOA | BOA Operating | -1,160.00 |
| Deposit | 06/17/2016 | | | Deposit | Contributed C... | 3,300.00 |
| Check | 06/20/2016 | DEBIT | Marlin Leasing | | Equipment Re... | -3,281.71 |
| Check | 07/01/2016 | | Santander Bank | | Bank Service ... | -15.00 |
| Deposit | 07/05/2016 | | | Deposit | -SPLIT- | 4,500.00 |
| Check | 07/12/2016 | DEBIT | Marlin Leasing | Equipment L... | Equipment Re... | -3,291.71 |
| Deposit | 07/29/2016 | | | Deposit | Contributed C... | 8,000.00 |
| Check | 07/29/2016 | 135 | SFA Malden LLC | July/Aug Rent | Rent Expense | -2,000.00 |
| Check | 07/29/2016 | 136 | Robinson Landscap... | Snow Remov... | Landscape Ex... | -900.00 |
| Check | 08/02/2016 | | Santander Bank | | Bank Service ... | -15.00 |
| Check | 08/09/2016 | DEBIT | Marlin Leasing | Equipment L... | Equipment Re... | -3,291.91 |
| Deposit | 08/25/2016 | | | Deposit | Contributed C... | 30,000.00 |

# Bling Entertainment LLC
## General Ledger
### As of March 20, 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 08/25/2016 | 137 | 50 Pleasant Realty | 2016 Rent | Rent Expense | -30,000.00 |
| Check | 09/01/2016 | DEBIT | SFA Malden LLC | | Rent Expense | -1,000.00 |
| Check | 09/15/2016 | 138 | Bling Entertainment | Xfer to BOA | BOA Operating | -900.00 |
| Deposit | 09/16/2016 | | | Deposit | Contributed C... | 2,200.00 |
| Check | 09/19/2016 | DEBIT | Marlin Leasing | | Equipment Re... | -3,310.00 |
| Check | 10/14/2016 | | Santander Bank | bank fee | Bank Service ... | -15.00 |
| Check | 10/14/2016 | DEBIT | Marlin Leasing | | Equipment Re... | -3,236.35 |
| Deposit | 10/14/2016 | | | Deposit | Contributed C... | 3,200.00 |
| Deposit | 11/20/2016 | | | Deposit | Contributed C... | 3,300.00 |
| Check | 11/20/2016 | DEBIT | Marlin Leasing | | Equipment Re... | -3,300.00 |
| Check | 11/30/2016 | | | Service Charge | Bank Service ... | -15.00 |
| Check | 12/01/2016 | FEE | Santander Bank | | Bank Service ... | -1.63 |
| Deposit | 12/15/2016 | | | Deposit | Contributed C... | 3,333.00 |
| Check | 12/23/2016 | EFT | Marlin Leasing | | Equipment Re... | -3,236.35 |
| Check | 01/04/2017 | FEE | Santander Bank | | Bank Service ... | -15.00 |
| Deposit | 01/27/2017 | | | Deposit | Contributed C... | 20,000.00 |
| Check | 01/27/2017 | 139 | 50 Pleasant Realty | | Rent Expense | -15,000.00 |
| Check | 01/31/2017 | EFT | Marlin Leasing | | Equipment Re... | -3,236.33 |
| Check | 02/01/2017 | FEE | Santander Bank | | Bank Service ... | -15.00 |
| Deposit | 02/27/2017 | | | Deposit | Contributed C... | 1,500.00 |
| Check | 02/28/2017 | EFT | Marlin Leasing | | Equipment Re... | -3,226.37 |
| Deposit | 03/12/2017 | | | Deposit | Contributed C... | 3,450.00 |
| Check | 03/20/2017 | FEE | Santander Bank | | Bank Service ... | -15.00 |
| Check | 03/20/2017 | EFT | Marlin Leasing | | Equipment Re... | -3,236.35 |

Total Santander Operating                                      -1,385.63

**Accounts Receivable**

Total Accounts Receivable

**Food Inventory**

Total Food Inventory

**Undeposited Funds**

Total Undeposited Funds

**Accumulated Depreciation**

Total Accumulated Depreciation

**Furniture and Equipment**
**Accumulated Depreciation**

Total Accumulated Depreciation

**Furniture and Equipment - Other**

Total Furniture and Equipment - Other

Total Furniture and Equipment

**Leasehold Improvement**
**Accumulated Amortization**

Total Accumulated Amortization

**Leasehold Improvement - Other**

Total Leasehold Improvement - Other

Total Leasehold Improvement

**Loans to Partners**

Total Loans to Partners

**Renovation Deposit**

Total Renovation Deposit

**Security Deposits Asset**

Total Security Deposits Asset

# Bling Entertainment LLC
## General Ledger
### As of March 20, 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Startup Cost** | | | | | | |
| **Accumulated Amortization** | | | | | | |
| Total Accumulated Amortization | | | | | | |
| **Startup Cost - Other** | | | | | | |
| Total Startup Cost - Other | | | | | | |
| Total Startup Cost | | | | | | |
| **Accounts Payable** | | | | | | |
| Total Accounts Payable | | | | | | |
| **BOA Credit Card** | | | | | | |
| Credit Card Charge | 03/21/2016 | | Time Payment Corp | | Equipment Re... | -1,450.72 |
| Credit Card Charge | 03/21/2016 | | New England Restr... | | Equipment Re... | -253.68 |
| Credit Card Charge | 03/21/2016 | | Google Service | | Computer and... | -30.00 |
| Transfer | 04/08/2016 | | | Funds Transfer | BOA Operating | 4,500.00 |
| Credit Card Charge | 04/10/2016 | | | Service Charge | Interest Expen... | -549.78 |
| Credit Card Charge | 04/10/2016 | | National Grid | | Utilities | -433.60 |
| Credit Card Charge | 04/10/2016 | | Time Payment Corp | | Equipment Re... | -1,450.72 |
| Credit Card Charge | 04/10/2016 | | New England Restr... | | Equipment Re... | -253.68 |
| Credit Card Charge | 04/10/2016 | | Google Service | | Computer and... | -30.00 |
| Transfer | 05/09/2016 | | | Funds Transfer | BOA Operating | 800.00 |
| Transfer | 05/09/2016 | | | Funds Transfer | BOA Operating | 50.00 |
| Credit Card Charge | 05/10/2016 | | | Service Charge | Interest Expen... | -552.10 |
| Credit Card Charge | 05/10/2016 | | Time Payment Corp | | Equipment Re... | -1,450.72 |
| Credit Card Charge | 05/10/2016 | | New England Restr... | | Equipment Re... | -253.68 |
| Credit Card Charge | 06/10/2016 | | | Service Charge | Interest Expen... | -598.38 |
| Transfer | 06/17/2016 | | | Funds Transfer | BOA Operating | 801.00 |
| Credit Card Credit | 06/22/2016 | | Bank of America | cashback | Bank Service ... | 88.69 |
| Credit Card Charge | 07/10/2016 | | | Service Charge | Interest Expen... | -580.77 |
| Transfer | 07/12/2016 | | | Funds Transfer | BOA Operating | 950.00 |
| Credit Card Charge | 07/20/2016 | | New England Restr... | | Equipment Re... | -253.68 |
| Transfer | 08/03/2016 | | | Funds Transfer | BOA Operating | 900.00 |
| Credit Card Charge | 08/10/2016 | | | Service Charge | Interest Expen... | -543.61 |
| Credit Card Charge | 08/10/2016 | | New England Restr... | | Equipment Re... | -507.36 |
| Credit Card Charge | 09/10/2016 | | | Service Charge | Interest Expen... | -598.95 |
| Transfer | 09/19/2016 | | | Funds Transfer | BOA Operating | 900.00 |
| Credit Card Charge | 10/10/2016 | | | Service Charge | Interest Expen... | -581.44 |
| Credit Card Charge | 10/10/2016 | | New England Restr... | | Equipment Re... | -253.68 |
| Transfer | 10/21/2016 | | | Funds Transfer | BOA Operating | 1,120.00 |
| Credit Card Charge | 11/10/2016 | | | Service Charge | Interest Expen... | -592.12 |
| Credit Card Charge | 11/10/2016 | | New England Restr... | | Equipment Re... | -253.68 |
| Transfer | 11/21/2016 | | | Funds Transfer | BOA Operating | 900.00 |
| Credit Card Charge | 12/10/2016 | | | Service Charge | Interest Expen... | -573.23 |
| Transfer | 01/06/2017 | | | Funds Transfer | BOA Operating | 1,040.00 |
| Credit Card Charge | 01/10/2017 | | | Service Charge | Interest Expen... | -605.74 |
| Credit Card Charge | 01/10/2017 | | New England Restr... | | Equipment Re... | -253.68 |
| Credit Card Charge | 02/10/2017 | | | Service Charge | Interest Expen... | -598.30 |
| Transfer | 02/28/2017 | | | Funds Transfer | BOA Operating | 900.00 |
| Credit Card Charge | 03/10/2017 | | | Service Charge | Interest Expen... | -552.45 |
| Transfer | 03/17/2017 | | | Funds Transfer | BOA Operating | 900.00 |
| Transfer | 03/17/2017 | | | Funds Transfer | BOA Operating | 700.00 |
| Total BOA Credit Card | | | | | | 493.94 |
| **Employee Tips Payable** | | | | | | |
| Total Employee Tips Payable | | | | | | |
| **Loan to Company** | | | | | | |
| Deposit | 03/21/2016 | cash | Zhaonan Wang | Temp Loan | Santander Op... | -10,000.00 |
| Deposit | 03/21/2016 | cash | Yuan Huang | Temp Loan | Santander Op... | -5,000.00 |
| Check | 03/29/2016 | 125 | Zhaonan Wang | Reimbursem... | Santander Op... | 10,000.00 |
| Check | 04/05/2016 | 128 | Yuan Huang | Reimbursem... | Santander Op... | 5,000.00 |
| Total Loan to Company | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | |
| Total Payroll Liabilities | | | | | | |

# Bling Entertainment LLC
## General Ledger
### As of March 20, 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Sales Tax Payable** | | | | | | |
| Total Sales Tax Payable | | | | | | |
| **Contributed Capital - CAJ** | | | | | | |
| Total Contributed Capital - CAJ | | | | | | |
| **Contributed Capital - FW** | | | | | | |
| Total Contributed Capital - FW | | | | | | |
| **Contributed Capital - JBC** | | | | | | |
| Total Contributed Capital - JBC | | | | | | |
| **Contributed Capital - XC** | | | | | | |
| Total Contributed Capital - XC | | | | | | |
| **Contributed Capital - XL** | | | | | | |
| Deposit | 04/01/2016 | | Luping Zou | Loan from Yu... | Santander Op... | -10,000.00 |
| Deposit | 04/01/2016 | | Luping Zou | Loan from Yu... | Santander Op... | -30,000.00 |
| Deposit | 05/09/2016 | | Xinyi Liu | Deposit | BOA Operating | -500.00 |
| Deposit | 05/10/2016 | 203 | Xinyi Liu | Deposit | Santander Op... | -10,000.00 |
| General Journal | 06/08/2016 | LOAN | | Loan from Ne... | Rent Expense | -100,000.00 |
| Deposit | 06/17/2016 | | Xinyi Liu | Deposit | Santander Op... | -3,300.00 |
| Deposit | 06/17/2016 | | Xinyi Liu | Deposit | BOA Operating | -50.00 |
| General Journal | 06/23/2016 | Equity | National Construction | National Con... | Equipment Re... | -294.78 |
| General Journal | 07/01/2016 | Equity | National Construction | National Con... | Equipment Re... | -712.26 |
| Deposit | 07/05/2016 | | Xinyi Liu | Deposit | Santander Op... | -3,500.00 |
| Deposit | 07/05/2016 | | Xinyi Liu | Deposit | Santander Op... | -1,000.00 |
| Deposit | 07/07/2016 | 6304 | Xinyi Liu | Deposit | BOA Operating | -1,000.00 |
| General Journal | 07/08/2016 | Equity | Time Payment Corp | Time Payme... | Equipment Re... | -1,450.72 |
| Deposit | 07/29/2016 | | Xinyi Liu | Deposit | Santander Op... | -8,000.00 |
| Deposit | 08/03/2016 | | Xinyi Liu | Deposit | BOA Operating | -1,000.00 |
| General Journal | 08/09/2016 | Equity | Time Payment Corp | Time Payme... | Equipment Re... | -1,450.72 |
| General Journal | 08/19/2016 | Equity | Time Payment Corp | Time Payme... | Equipment Re... | -1,510.72 |
| General Journal | 08/20/2016 | Equity | National Grid | National Grid... | Utilities | -451.67 |
| Deposit | 08/25/2016 | | Xinyi Liu | Deposit | Santander Op... | -30,000.00 |
| General Journal | 09/08/2016 | Equity | National Construction | National Con... | Equipment Re... | -294.78 |
| Deposit | 09/16/2016 | | Xinyi Liu | Deposit | Santander Op... | -2,200.00 |
| General Journal | 09/24/2016 | Equity | Time Payment Corp | Time Payme... | Equipment Re... | -1,141.72 |
| General Journal | 10/04/2016 | Equity | National Construction | National Con... | Equipment Re... | -301.08 |
| General Journal | 10/13/2016 | Equity | National Grid | National Grid... | Utilities | -1,006.95 |
| Deposit | 10/14/2016 | | Xinyi Liu | Deposit | Santander Op... | -3,200.00 |
| Deposit | 10/19/2016 | | Xinyi Liu | Deposit | BOA Operating | -1,100.00 |
| General Journal | 10/20/2016 | Equity | Time Payment Corp | Time Payme... | Equipment Re... | -1,141.72 |
| General Journal | 11/04/2016 | Equity | National Construction | National Con... | Equipment Re... | -243.02 |
| Deposit | 11/20/2016 | | Xinyi Liu | Deposit | Santander Op... | -3,300.00 |
| General Journal | 11/20/2016 | Equity | Time Payment Corp | Time Payme... | Equipment Re... | -1,141.72 |
| Deposit | 11/21/2016 | | Xinyi Liu | Deposit | BOA Operating | -1,000.00 |
| Deposit | 11/25/2016 | 211 | Yuan Huang | Deposit | BOA Operating | -20,000.00 |
| Deposit | 12/15/2016 | | Xinyi Liu | Deposit | Santander Op... | -3,333.00 |
| Deposit | 01/06/2017 | | Xinyi Liu | Deposit | BOA Operating | -1,100.00 |
| Deposit | 01/27/2017 | | Xinyi Liu | Deposit | Santander Op... | -20,000.00 |
| Deposit | 02/27/2017 | | Yuan Huang | Deposit | Santander Op... | -1,500.00 |
| Deposit | 02/28/2017 | | Xinyi Liu | Deposit | BOA Operating | -900.00 |
| Deposit | 02/28/2017 | | Xinyi Liu | Deposit | BOA Operating | -200.00 |
| Deposit | 03/12/2017 | | Xinyi Liu | Deposit | Santander Op... | -3,450.00 |
| Deposit | 03/17/2017 | | Xinyi Liu | Deposit | BOA Operating | -2,000.00 |
| Total Contributed Capital - XL | | | | | | -272,774.86 |
| **Contributed Capital - XX** | | | | | | |
| Total Contributed Capital - XX | | | | | | |
| **Contributed Capital - YFH** | | | | | | |
| Total Contributed Capital - YFH | | | | | | |
| **Contributed Capital - YMW** | | | | | | |
| Total Contributed Capital - YMW | | | | | | |

# Bling Entertainment LLC
## General Ledger
### As of March 20, 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Contributed Capital - ZNW** | | | | | | |
| Total Contributed Capital - ZNW | | | | | | |
| **Member 1 Draws** | | | | | | |
| Total Member 1 Draws | | | | | | |
| **Member 1 Equity** | | | | | | |
| Total Member 1 Equity | | | | | | |
| **Member 2 Draws** | | | | | | |
| Total Member 2 Draws | | | | | | |
| **Member 2 Equity** | | | | | | |
| Total Member 2 Equity | | | | | | |
| **Opening Balance Equity** | | | | | | |
| Total Opening Balance Equity | | | | | | |
| **Retained Earnings** | | | | | | |
| Closing Entry | 12/31/2016 | | | | | 246,701.53 |
| Total Retained Earnings | | | | | | 246,701.53 |
| **Bar Sales** | | | | | | |
| Total Bar Sales | | | | | | |
| **Catering Sales** | | | | | | |
| Total Catering Sales | | | | | | |
| **Food Sales** | | | | | | |
| Total Food Sales | | | | | | |
| **Uncategorized Income** | | | | | | |
| Total Uncategorized Income | | | | | | |
| **Vendor Marketing Income** | | | | | | |
| Total Vendor Marketing Income | | | | | | |
| **Bar Purchases** | | | | | | |
| Total Bar Purchases | | | | | | |
| **Food Purchases** | | | | | | |
| Total Food Purchases | | | | | | |
| **Merchant Account Fees** | | | | | | |
| Total Merchant Account Fees | | | | | | |
| **Restaurant Supplies** | | | | | | |
| Total Restaurant Supplies | | | | | | |
| **Advertising and Promotion** | | | | | | |
| Total Advertising and Promotion | | | | | | |
| **Amortization Expense** | | | | | | |
| Total Amortization Expense | | | | | | |
| **Auto Expense** | | | | | | |
| Total Auto Expense | | | | | | |

# Bling Entertainment LLC
## General Ledger
### As of March 20, 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Bank Service Charges** | | | | | | |
| Check | 01/04/2017 | FEE | Santander Bank | | Santander Op... | 15.00 |
| Check | 01/31/2017 | | | Service Charge | BOA Operating | 52.95 |
| Check | 02/01/2017 | FEE | Santander Bank | | Santander Op... | 15.00 |
| Check | 02/24/2017 | BANK... | Bank of America | Monthly | BOA Operating | 29.95 |
| Check | 02/24/2017 | BANK... | Bank of America | NSF | BOA Operating | 35.00 |
| Check | 03/20/2017 | BANK... | Bank of America | | BOA Operating | 29.95 |
| Check | 03/20/2017 | FEE | Santander Bank | | Santander Op... | 15.00 |
| Total Bank Service Charges | | | | | | 192.85 |
| **Business Licenses and Permits** | | | | | | |
| Total Business Licenses and Permits | | | | | | |
| **Computer and Internet Expenses** | | | | | | |
| Total Computer and Internet Expenses | | | | | | |
| **Construction Expense** | | | | | | |
| Total Construction Expense | | | | | | |
| **Construction Labor** | | | | | | |
| Total Construction Labor | | | | | | |
| **Depreciation Expense** | | | | | | |
| Total Depreciation Expense | | | | | | |
| **Donation** | | | | | | |
| Total Donation | | | | | | |
| **Dues and Subscriptions** | | | | | | |
| Total Dues and Subscriptions | | | | | | |
| **Equipment Rental Fee** | | | | | | |
| Credit Card Charge | 01/10/2017 | | New England Restr... | | BOA Credit C... | 253.68 |
| Check | 01/31/2017 | EFT | Marlin Leasing | | Santander Op... | 3,236.33 |
| Check | 02/28/2017 | EFT | Marlin Leasing | | Santander Op... | 3,226.37 |
| Check | 03/20/2017 | EFT | Marlin Leasing | | Santander Op... | 3,236.35 |
| Total Equipment Rental Fee | | | | | | 9,952.73 |
| **Insurance Expense** | | | | | | |
| **General Liability Insurance** | | | | | | |
| Total General Liability Insurance | | | | | | |
| **Health Insurance** | | | | | | |
| Total Health Insurance | | | | | | |
| **Life and Disability Insurance** | | | | | | |
| Total Life and Disability Insurance | | | | | | |
| **Worker's Compensation** | | | | | | |
| Total Worker's Compensation | | | | | | |
| **Insurance Expense - Other** | | | | | | |
| Total Insurance Expense - Other | | | | | | |
| Total Insurance Expense | | | | | | |
| **Interest Expense** | | | | | | |
| Credit Card Charge | 01/10/2017 | | | Service Charge | BOA Credit C... | 605.74 |
| Credit Card Charge | 02/10/2017 | | | Service Charge | BOA Credit C... | 598.30 |
| Credit Card Charge | 03/10/2017 | | | Service Charge | BOA Credit C... | 552.45 |
| Total Interest Expense | | | | | | 1,756.49 |
| **Janitorial Expense** | | | | | | |
| Total Janitorial Expense | | | | | | |
| **Landscape Expense** | | | | | | |
| Total Landscape Expense | | | | | | |

# Bling Entertainment LLC
## General Ledger
### As of March 20, 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Linen Expense** | | | | | | |
| Total Linen Expense | | | | | | |
| **Meals and Entertainment** | | | | | | |
| Total Meals and Entertainment | | | | | | |
| **Miscellaneous Expense** | | | | | | |
| Total Miscellaneous Expense | | | | | | |
| **Music and Entertainment** | | | | | | |
| Total Music and Entertainment | | | | | | |
| **Office Supplies** | | | | | | |
| Total Office Supplies | | | | | | |
| **Outside Services** | | | | | | |
| Total Outside Services | | | | | | |
| **Payroll Expenses** | | | | | | |
| Total Payroll Expenses | | | | | | |
| **Postage and Delivery** | | | | | | |
| Total Postage and Delivery | | | | | | |
| **Printing and Reproduction** | | | | | | |
| Total Printing and Reproduction | | | | | | |
| **Professional Fees** | | | | | | |
| **Consulting** | | | | | | |
| Total Consulting | | | | | | |
| **Legal Fee** | | | | | | |
| Total Legal Fee | | | | | | |
| **Professional Fees - Other** | | | | | | |
| Total Professional Fees - Other | | | | | | |
| Total Professional Fees | | | | | | |
| **Rent Expense** | | | | | | |
| Check | 01/27/2017 | 139 | 50 Pleasant Realty | | Santander Op... | 15,000.00 |
| Total Rent Expense | | | | | | 15,000.00 |
| **Repairs and Maintenance** | | | | | | |
| Total Repairs and Maintenance | | | | | | |
| **Taxes - Property** | | | | | | |
| Total Taxes - Property | | | | | | |
| **Telephone Expense** | | | | | | |
| Total Telephone Expense | | | | | | |
| **Travel Expense** | | | | | | |
| Total Travel Expense | | | | | | |
| **Uniforms** | | | | | | |
| Total Uniforms | | | | | | |
| **Utilities** | | | | | | |
| Total Utilities | | | | | | |
| **Interest Income** | | | | | | |
| Total Interest Income | | | | | | |
| **Ask My Accountant** | | | | | | |
| Total Ask My Accountant | | | | | | |

# Bling Entertainment LLC
## General Ledger
### As of March 20, 2017

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Penalty** | | | | | | |
| Total Penalty | | | | | | |
| **Political Contributions** | | | | | | |
| Total Political Contributions | | | | | | |
| **No accnt** | | | | | | |
| Total no accnt | | | | | | |
| **TOTAL** | | | | | | **0.00** |

# United States Bankruptcy Court
## District of Massachusetts

In re   **Bling Entertainment LLC**      Case No. _____

Debtor(s)     Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 28, 2017**        **/s/ Yuanlong Huang**

                                               **Yuanlong Huang**/**Manager**

                                               Signer/Title

Ye Edward Huang, Esq.
Law Office of Ye Edward Huang
70 Manor Ave
Wellesley, MA 02482

50 Pleasant Realty, LLC
373 Highland Avenue, Suite 201
Somerville, MA 02144

B&D
1161 Broadway
Somerville, MA 02144

Bank of America
PO Box 982238
El Paso, TX 79998

Buckley Associates, Inc.
385 King Street
PO Box 1410
Hanover, MA 02339

Captive-Aire Systems, Inc.
c/o Christoper S. Tolley, Esq.
Phillips & Angley
One Washington Mall, 7th Floor
Boston, MA 02108

Choi + Shine Architect
358 Tappan Street
Brookline, MA 02445

Fan Wan
#2172 Youshanmeidi C, #4 Yuyang Road
Shunyi, Beijing 101302
China

Firecode Design
195 Dudley Street
Boston, MA 02119

Fountain Head
127 Cambridge Street
Burlington, MA 01803

Goodman Manufacturing
c/o Christoper S. Tolley, Esq.
Phillips & Angley
One Washington Mall, 7th Floor
Boston, MA 02108

Howland
15 Suncrest Avenue
Wilmington, MA 01887

Instant Signal and Alarms
303 Highland Avenue
Salem, MA 01970

JD Design
2 Allen Street, Suite 4H
New York, NY 10002

Jiangbo Chen
312 E. Camino Real Avenue
Arcadia, CA 91006

Jones Boys
4 Electronics Avenue, Unit 1
Danvers, MA 01923

Keystone Elevator
PO Box 850460
Braintree, MA 02185

Laredo & Smith
101 Federal Street
Boston, MA 02110

Lundy Plumbing and Heating
5 Pinecrest Road
Hingham, MA 02043

Marlin Business Bank
2795 E. Cottonwood Parkway
Salt Lake City, UT 84121

Miller & McDermott
28 State Street, Suite 802
Boston, MA 02109

MT Law
430 Bedford Street, #200
Lexington, MA 02420

Murphy & King
1 Beacon Street, FL 21
Boston, MA 02110

National Construction Rental
PO Box 4503
Pacoima, CA 91333

National Grid
PO Box 960
Northborough, MA 01532

New England Restrooms, Inc.
PO Box 555
North Reading, MA 01864

```
Phoenix Electrical
210 Andover Street, Suite 22
Wilmington, MA 01887

Robert P. Hilson, Esq.
175 Derby Street, Suite 12
Hingham, MA 02043

Robinson Landscaping
86 Mount Vernon Avenue
Melrose, MA 02176

Sean Carnathan, Esq.
O'Connor, Carnathan and Mack, LLC
1 Van de Graaf Drive, Suite 104
Burlington, MA 01803

Shaw
7 Innis Drive
P.O. Box 435
Billerica, MA 01821

TimePayment Corp.
16 New England Executive Park, Suite 200
Burlington, MA 01803

TriMark United East
505 Collins Street
Attleboro, MA 02703

Twelve 24
57 Westlake Road
Natick, MA 01760

WJS
po Box 241
Tewksbury, MA 01876

Xinyi Liu
5 Patty Lee Lane
Dedham, MA 02026

Xuan Xu
204 Dedham Street
Dover, MA 02030

Yiming Wang
250 Congress Prk Drive, Apt. 295
Delray Beach, FL 33445

Yuanlong Huang
5 Patty Lee Lane
Dedham, MA 02026
```

Yuefu He
9 Milton Road
Billerica, MA 01821

Zhaonan Wang
360 Revere Beach Blvd., #416
Revere, MA 02151

# United States Bankruptcy Court
## District of Massachusetts

In re   <u>Bling Entertainment LLC</u>

Debtor(s)

Case No.

Chapter   <u>7</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Bling Entertainment LLC</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>March 28, 2017</u>

Date

**/s/ David B. Madoff**

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **Bling Entertainment LLC**

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**